```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      :    Hon. Dennis M. Cavanaugh

            v.                :    Crim. No. 07-551 (DMC)

ABDUR ABDULLAH                :    CONTINUANCE ORDER
```

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Abdur Abdullah (by Paul W. Bergrin, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

Fax from : 19705888002 04-08-08 04:32p Pg: 3 of 3
Fax sent by :
Case 2:07-cr-00551-WJM Document 15 Filed 04/11/08 Page 2 of 2 PageID: 28

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 8 day of April 2008,

ORDERED that this action be, and it is hereby continued from May 5, 2008 through June 4, 2008; and the trial is scheduled for June 4, 2008, or a date to be set by the Court;

ORDERED that the period from May 5, 2008 through June 4, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. Dennis M. Cavanaugh
United States District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

Paul W. Bergrin, Esq.
Counsel for defendant Abdur Abdullah