PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Abdur Abdullah      **Docket Number:** 07-00551-001
     **PACTS Number:** 50282

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
         UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/02/2009

**Original Offense:** UNLAWFUL TRANSPORT OF FIREARMS - ETC.

**Original Sentence:** 37 months imprisonment; 3 years supervised release - alcohol treatment- mental health treatment- DNA.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 6/8/10

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Paul Begrin, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant (to be lodged as a detainer)
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

     On or about April 7, 2011, the offender was arrested by the Newark Police Fugitive Investigative team on an open Warrant ( 0714-W-2011-007226), which charges that the offender, in the Jurisdiction of the Newark Municipal Court, 31 Green Street, Newark, N.J. 07102; did commit the act of Aggravated Assault by firing three (3) shots at Rahman Grimsley with a handgun after a verbal argument ensued between the two individuals, in violation of N. J. S 2C:12-1(b)(2).

2.     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

     On or about April 7, 2011, the offender, within the Jurisdiction of the Newark Municipal Court, did have in his Possession a Weapon, described as a 357

PROB 12C - Page 2<br>Abdur Abdullah

        magnum, used to shoot at the victim, Rahman Grimsley, in violation of N. J. S 2C:39-5D.

3.        The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

        On or about April 7, 2011, within the Jurisdiction of the Newark Municipal Court, did have in his Possession a Weapon being a handgun for an unlawful purpose used to shoot at the victim, Rahman Grimsley, in violation of N..J. S. 2c:39-4d.

4.        The offender has violated the standard supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

        On or about April 7, 2011, the offender did have in his Possession a Handgun, specifically, a magnum 357, which he used to shoot the victim Rahman Grimsley.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 4/28/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/5/11
_____
Date

Dennis M. Cavanaugh
U.S. District Judge